# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DG LIQUIDATION CORP., *et al.*, | : | Case No. 08-10601 (CSS) |
| Debtors. | : | (Jointly Administered) |
| -------------------------------------------------- | : | |
| ALFRED T. GIULIANO, PLAN ADMINISTRATOR, | : | Adversary No. 10-50869 (CSS) |
| Plaintiff, | : | |
| v. | : | |
| FUYAO NORTH AMERICA, INC. | : | |
| Defendant. | : | |
| -------------------------------------------------- | : | |

## ANSWER TO COMPLAINT TO AVOID TRANSFERS
## PURSUANT TO 11 U.S.C. §§ 547, 548, 549 AND 502 AND TO
## RECOVER PROPERTY TRANSFERRED PURSUANT TO 11 U.S.C. § 550

Fuyao North America, Inc. (the "Defendant"), by and through its undersigned counsel, hereby answers the Complaint To Avoid Transfers Pursuant To 11 U.S.C. §§ 547, 548, 549 and 502 and To Recover Property Transferred Pursuant To 11 U.S.C. § 550 (the "Complaint") brought by Alfred T. Giuliano, Plan Administrator, (the "Plaintiff"), and states as follows:

### NATURE OF THE CASE[1]

1. In response to the allegations contained in Paragraph 1 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

---
[1] The headings in this Answer mirror those in the Complaint and have no legal meaning or effect.
{00003657. }NYC/483674.3

## JURISDICTION

2. In response to the allegations contained in Paragraph 2 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

3. In response to the allegations contained in Paragraph 3 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

## BACKGROUND

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of the Complaint and asserts that the docket of the relevant proceedings and documents filed thereunder speak for themselves.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Complaint and asserts that the docket of the relevant proceedings and documents filed thereunder speak for themselves.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 6 of the Complaint and asserts that the docket of the relevant proceedings and documents filed thereunder speak for themselves.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Complaint and asserts that the docket of the relevant proceedings and documents filed thereunder speak for themselves.

8. In response to the allegations contained in Paragraph 8 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

# CLAIMS FOR RELIEF

## COUNT I

**(Avoidance of Preference Transfers Pursuant To 11 U.S.C. 547)**

9. In response to Paragraph 9 of the Complaint, Defendant repeats and incorporates by reference its responses contained in Paragraphs 1 through 8 of this Answer.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. In response to the allegations contained in Paragraph 11 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

12. In response to the allegations contained in Paragraph 12 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

13. In response to the allegations contained in Paragraph 13 of the Complaint, Defendant denies any such additional transfers exist. Further, Defendant fully reserves the right to object to the filing of any amendments as untimely under any theory in law or equity.

14. In response to the allegations contained in Paragraph 14 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

15. In response to the allegations contained in Paragraph 15 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

16. In response to the allegations contained in Paragraph 16 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

17. In response to the allegations contained in Paragraph 17 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

18. In response to the allegations contained in Paragraph 18 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

19. In response to the allegations contained in Paragraph 19 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

## COUNT II

### (To Avoid Fraudulent Conveyances Pursuant To 11 U.S.C. 548(a)(1)(B))

20. In response to Paragraph 20 of the Complaint, Defendant repeats and incorporates by reference its responses contained in Paragraphs 1 through 19 of this Answer.

21. In response to the allegations contained in Paragraph 21 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

22. In response to the allegations contained in Paragraph 22 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required.

- 4 -
{00003657. }NYC/483674.3

To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

## COUNT III

### (To Recover Post Petition Transfers Pursuant To 11 U.S.C. 549)

23. In response to Paragraph 23 of the Complaint, Defendant repeats and incorporates by reference its responses contained in Paragraphs 1 through 22 of this Answer.

24. In response to the allegations contained in Paragraph 24 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

## COUNT IV

### (Recovery of Avoided Transfers - 11 U.S.C. 550)

25. In response to Paragraph 25 of the Complaint, Defendant repeats and incorporates by reference its responses contained in Paragraphs 1 through 24 of this Answer.

26. In response to the allegations contained in Paragraph 26 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

27. In response to the allegations contained in Paragraph 27 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

28. In response to the allegations contained in Paragraph 28 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required.

To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

## Count V

## (Disallowance of all Claims – 11 U.S.C. § 502(d) and (j)

29. In response to Paragraph 29 of the Complaint, Defendant repeats and incorporates by reference its responses contained in Paragraphs 1 through 28 of this Answer.

30. In response to the allegations contained in Paragraph 30 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

31. In response to the allegations contained in Paragraph 31 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them.

32. In response to the allegations contained in Paragraph 32 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

33. In response to the allegations contained in Paragraph 33 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

34. In response to the allegations contained in Paragraph 34 of the Complaint, Defendant asserts that such allegations form legal conclusions to which no response is required. To the extent that said paragraph contains any allegations of fact, Defendant denies them. Defendant denies the Plaintiff is entitled to the relief sought.

## RELIEF REQUESTED

In response to the prayer for relief following Paragraph 34 beginning with the word "WHEREFORE," Defendant denies that Plaintiff is entitled to the relief sought in paragraphs (a) through (h).

## AFFIRMATIVE DEFENSES

Defendant expressly reserves the right to amend and/or supplement its answer, defenses and all other pleadings. Defendant raises each and every defense (at law, in equity, or otherwise) available under any and all federal and state statutes, laws, rules, regulations or other creations, including the common law. Defendant has insufficient knowledge or information upon which to form a belief as to whether there may be additional affirmative defenses available to it and therefore reserves the right to assert such additional defenses based upon subsequently acquired knowledge or information that becomes available through discovery or otherwise, including, but not limited to all rights under Bankruptcy Rule 7012, statutes of limitations, doctrine of waiver, estoppel, laches, unclean hands, setoff and recoupment, insolvency and right to a 502(h) claim. In the event it is later determined any defense was required to have been raised in this Answer, this Answer shall act as having raised the foregoing defenses herein.

## FIRST AFFIRMATIVE DEFENSE - SECTION 547(C)(1)

The alleged transfer sought to be avoided in this action was, upon information and belief, intended by the Plaintiff and the Defendant to be contemporaneous exchanges for new value given to the Plaintiff and was, in fact, a substantially contemporaneous exchange.

## SECOND AFFIRMATIVE DEFENSE - SECTION 547(C)(2)

The alleged transfer sought to be avoided in this action was, upon information and belief, made in payment of debts incurred by Plaintiff in the ordinary course of business or financial

- 7 -
{00003657. }NYC/483674.3

affairs of the Plaintiff and the Defendant, and such alleged transfer was (A) made in the ordinary course of business or financial affairs of the Plaintiff and the Defendant, or (B) made according to ordinary business terms.

### THIRD AFFIRMATIVE DEFENSE - SECTION 547(C)(4)

The alleged transfer sought to be avoided in this action is not avoidable because after such transfer was allegedly made, the Defendant gave new value to or for the Plaintiff's benefit which was not secured by an otherwise unavoidable security interest, and on account of which new value the Plaintiff did not make an otherwise unavoidable transfer to or for the benefit of the Defendant.

### CONCLUSION

**WHEREFORE**, Defendant respectfully requests that this Court enter Judgment in its favor: (i) dismissing the Complaint in its entirety; (ii) awarding Defendant all of the costs,

disbursement and attorneys' fees incurred in connection with this action; and (iii) granting

Defendant such other and further relief as is just.

Dated: May 24, 2010
Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

/s/ *Scott J. Leonhardt*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
1000 N. West Street • Suite 1200
Wilmington, Delaware 19801
Tel: (302) 295-5093
sleonhardt@mrs-law.com

**ARENT FOX LLP**

Schuyler G. Carroll
Jeffrey D. Vanacore
1675 Broadway
New York, New York 10019
(212) 484-3900
carroll.schuyler@arentfox.com
vanacore.jeffrey@arentfox.com

*Attorneys for Defendant*